DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICKY RHONE,** et al.,
Appellants,

v.

**TERANCE A. PHILLIPS** and **JANICE REED,**
Appellees.

No. 4D2023-2309

[February 29, 2024]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE20-11590.

Matthew Z. Karim, Fort Lauderdale, for appellants.

Lane Weinbaum of Weinbaum P.A., Coral Springs, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***